IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN RANDOLPH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-796 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | |
| JUSTIN MOORE *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF COURT

It appearing that that the interest of justice may best be served through the appointment of counsel for *pro se* Plaintiff Bernard Salmond,

IT IS HEREBY ORDERED this 11th day of April, 2024, that Plaintiff shall indicate his interest in the appointment of counsel by executing the form Motion to Request Appointment of Counsel enclosed with a copy of this Order and shall return the Motion no later April 25, 2024.

BY THE COURT:

/s/ Marueen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     All counsel of record via CM/ECF